AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Carr, James G. | 2. Court or Organization<br><br>N.D. Ohio, Western Division | 3. Date of Report<br><br>12/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

403 U.S. Courthouse
1716 Spielbusch Avenue
Toledo
OH 43604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Pretrial Justice Institute - term ended in 2014 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Thomson-West (lawbook publishing co.) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James G. | 12/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Thomson-West | $14,171.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Wages/Royalties - UThink, LLC |
| 2. | 2014 | Trade/Business Income UThink, LLC |
| 3. | 2014 | Royalties - Scholastic |
| 4. | 2014 | Wages - Heidelberg University |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Goodwin Proctor | 1/8/14-1/10/14 | Boston, MA | Speaker | Transportation, Lodging |
| 2. | ICAC | 1/28/14 | Washington, DC | Speaker | Transportation, Lodging |
| 3. | UC Irvine School of Law | 3/11/14-3/16/14 | Los Angeles, CA | Speaker | Transportation, Lodging |
| 4. | Pretrial Justice Institute | 3/31/14-4/1/14 | Washington, DC | Board Meeting | Transportation, Lodging |
| 5. | Federal Bar Association | 4/24/14-4/26/14 | Tucson, AZ | Speaker | Transportation, Lodging |
| 6. | Stanford School of Law | 5/2/14-5/4/14 | Stanford, CA | Speaker | Transportation, Lodging |
| 7. | Federal Bar Association | 9/15/14-9/17/14 | Los Angeles, CA | Speaker | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James G. | 12/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James G. | 12/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DFA Large Cap Value | B | Dividend | L | T | | | | | |
| 2. DFA US Large Co | B | Dividend | L | T | | | | | |
| 3. DFA Emerging Mkts port | A | Dividend | K | T | | | | | |
| 4. DFA Five Year Glbl Fixed | B | Dividend | L | T | | | | | |
| 5. DFA Intl Small Cap Value | B | Dividend | K | T | | | | | |
| 6. DFA Intl Value Portfolio | B | Dividend | K | T | | | | | |
| 7. DFA Large Cap Intl Port | B | Dividend | K | T | | | | | |
| 8. DFA Real Estate | A | Dividend | K | T | | | | | |
| 9. DFA US Small Cap Port | B | Dividend | K | T | | | | | |
| 10. DFA US Small Cap Value | B | Dividend | K | T | | | | | |
| 11. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 12. Brokerage account to IRA | | | | | | | | | |
| 13. Schwab MMF Sweep | A | Dividend | J | T | | | | | |
| 14. Schwab MKTTRK Growth | A | Dividend | K | T | | | | | |
| 15. Sep IRA | | | | | | | | | |
| 16. Schwab GovtMoney Fund | A | Dividend | J | T | Buy | 3/11/14 | K | | |
| 17. DFA Global Equity | A | Dividend | K | T | Buy | 3/19/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James G. | 12/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James G. | 12/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James G. Carr

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544